`CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

for

## CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | JASON POTTER BROWN      **CASE NUMBER:** 02-40099-001 |
| | Moline, IL 61265 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE MICHAEL M. MIHM<br>U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | 08/23/02 |
| **ORIGINAL OFFENSE:** | Conspiracy to Manufacture Methamphetamine; Distribution of Methamphetamine |
| **ORIGINAL SENTENCE:** | 60 months custody and 4 years supervised release with special conditions: 1) Abstain from use of alcohol and participate in substance abuse testing and treatment as directed; 2) Participate in psychiatric services/mental health program; and 3) No firearms, ammunition or dangerous weapons |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | 01/19/07 |

### PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[**X**]  To modify the conditions of supervision as follows:

Special Condition No. 4:  You shall serve up to 120 days confinement during your term of supervision.  The home confinement will start as arranged by the U.S. Probation Officer.  You shall sign the rules of home confinement/electronic monitoring and comply with the conditions of home confinement.  During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer.  You shall wear an EM device, and you shall pay the cost of this program as directed by your probation officer.

### CAUSE

Offender Brown has a lengthy history of substance abuse.  While placed at the Davenport, Iowa, Work Release Center, a week prior to his release from the Bureau of Prisons, in January 2007 he relapsed, using cocaine. In response to this relapse offender Brown was referred to substance abuse treatment at Riverside, Rock Island, Illinois, immediately upon beginning his term of supervised release. Offender Brown was admitted to the intensive out-patient treatment program (IOP) on January 30,

Re:  BROWN, Jason Potter

2007.  On March 6, 2007, he successfully completed IOP and began the aftercare portion of his treatment program.

On May 14, 2007, offender Brown again relapsed, using marijuana. On May 18, 2007, offender Brown admitted this use. His case was staffed with treatment staff at Riverside. Offender Brown was allowed to remain in the aftercare program and directed to increase the number of support group meetings he attended.  He was also issued a letter of reprimand and advised his random drug screening would increase.

On June 11, 2007, offender Brown failed to report to the U.S. Probation Office as directed. He also failed to attend substance abuse treatment as required on June 4 and 11, 2007.  Attempts to locate the offender were unsuccessful due to his cell phone being out of service.  During this period contact was made with the offender's family who advised the offender had not been home in two weeks. They expressed concern for the offender as this behavior was not typical of him since his release.

On or about June 8 and June 9, 2007, offender Brown again relapsed, used cocaine. Nanogram levels of these samples indicate offender Brown reused cocaine prior to the June 9, 2007, test.  Offender Brown has admitted using cocaine on two separate occasions in June.

I recommend, and Assistant U.S. Attorney Jeff Lang concurs, that the conditions of supervised release be modified to require offender Brown to complete 120 days of home confinement as arranged by the U.S. Probation Office.  Offender Brown  has agreed to this modification.

```
                                        Respectfully submitted,

                                        s/ U.S Probation
                                        Officer
                                        KERRY P. WALSH
                                        U.S. Probation Officer
                                        Date: June 25, 2007
```

KPW/cg

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

```
                                        S/ Michael M. Mihm
                                        HONORABLE MICHAEL M. MIHM
                                        U.S. District Judge
                                        Date: June 22, 2007
```