PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
Special Condition No. 4:  You shall serve up to 120 days confinement
during your term of supervision.  The home confinement will start as
arranged by the U.S. Probation Officer.  You shall sign the rules of
home  confinement/electronic  monitoring  and  comply  with  the
conditions of home confinement.  During this time, you will remain
at  your  place  of  residence  except  for  employment  and  other
activities approved in advance by your probation officer.  You shall
wear an EM device, and you shall pay the cost of this program as
directed by your probation officer.
```

Witness: s/ U.S Probation Officer
Kerry Walsh
U.S. Probation Officer

Signed: Jason P. Brown
Jason Potter Brown
Probationer or Supervised Releasee

June 20, 2007