CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | JASON POTTER BROWN<br>920 E. 6th Street<br>Davenport, IA 52803 | **CASE NUMBER:** 02-40099-001 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE MICHAEL M. MIHM<br>U.S. District Judge | |
| **DATE OF ORIGINAL SENTENCE:** | 08/23/02 | |
| **ORIGINAL OFFENSE:** | Conspiracy to Manufacture Methamphetamine; Distribution of Methamphetamine | |
| **ORIGINAL SENTENCE:** | 60 months custody and 4 years supervised release with special conditions: 1) abstain from use of alcohol and participate in substance abuse testing and treatment as directed; 2) participate in psychiatric services/mental health program; and 3) no firearms, ammunition or dangerous weapons | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION COMMENCED:** | 01/19/07 | |
| | 06/22/07: Request for Modifying the Conditions or Terms of Supervision submitted to the Court reporting the subject violated the conditions of his supervised release by using cocaine on May 14, and separately June 8 and June 9, 2007; failing to report the probation office as directed, and failing to attend treatment as directed. On this date the Court modified the offender's conditions of supervised release to add special condition No. 5:  120 days home confinement. | |

**PETITIONING THE COURT**

[ ]   To extend the term of supervision for  years, for a total term of  years.
[**X**]   To modify the conditions of supervision as follows:

Special Condition No. 5: At the direction of and in the discretion of the U.S. Probation Office, you shall reside for up to 120 days in community confinement to commence on a date and at a facility designated by the Bureau of Prisons and shall abide by the rules of the facility.

Re: Jason Potter Brown

**CAUSE**

Offender Brown has previously violated the conditions of supervised release by using cocaine. He was referred to treatment, which he successfully completed, and served a 120-day period of home confinement.

On May 5, 2008, offender Brown was stopped by Davenport, Iowa, police for the offense of speeding. During the stop officers were able to ascertain that offender Brown was driving under the influence of alcohol. The offender submitted to a field sobriety breath test which yielded a .187 percent blood alcohol content (BAC). He was transported to the Scott County, Iowa, jail where a second breath test was performed. This test registered offender Brown's BAC at .179 percent.

On May 7, 2008, offender Brown admitted to U.S. Probation Officer Kerry Walsh that he purchased and consumed a pint of whiskey about two hours prior to being stopped by police. Offender Brown advised he had learned this date that the mother of his children intended to move them to Montana, and he did not handle it very well. He reported he drank the whiskey at home but left when a friend called asking for a ride home to Donahue, Iowa. Offender Brown has been directed to return to substance abuse treatment and has agreed to the proposed modification of placement in a residential re-entry center.

I recommend, and Assistant U.S. Attorney Jeff Lang concurs, that the conditions of supervised release be modified to require offender Brown to complete 120 days confinement in a residential re-entry center as arranged by the U.S. Probation Office. Offender Brown has agreed to this modification.

Respectfully submitted,

s/Kerry P. Walsh

Kerry P. Walsh
U.S. Probation Officer
Date: May 13, 2008

KPW:cv

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

S/ Michael M. Mihm
HONORABLE MICHAEL M. MIHM
U.S. District Judge
Date: May 13, 2008