PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

At the direction of and in the discretion of the U.S. Probation Office, you shall reside for up to 120 days in community confinement to commence on a date and at a facility designated by the Bureau of Prisons and shall abide by the rules of the facility.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Witness: S/Kerry Walsh     Signed: S/Jason Brown
Kerry Walsh                Jason Potter Brown
U.S. Probation Officer     Probationer or Supervised Releasee

May 7, 2008