CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | JASON POTTER BROWN<br>605 Main Street<br>Davenport, IA 52803 | **CASE NUMBER:** 02-40099-001 |

**SENTENCING JUDICIAL OFFICER:** HONORABLE MICHAEL M. MIHM
U.S. District Judge

**DATE OF ORIGINAL SENTENCE:** 08/23/02

**ORIGINAL OFFENSE:** Conspiracy to Manufacture Methamphetamine; Distribution of Methamphetamine

**ORIGINAL SENTENCE:** 60 months custody, 4 years supervised release, and $200 special assessment with the following special conditions: 1) refrain from use of alcohol and participate drug treatment and substance abuse testing as directed; 2) participate in psychiatric services/ mental health program; and 3) no firearms, ammunition or dangerous weapons

**TYPE OF SUPERVISION:** Supervised Release

**DATE SUPERVISION COMMENCED:** 01/19/07

06/22/07: Request for Modifying the Conditions or Terms of Supervision submitted to the Court, reporting that the subject violated the conditions of his release by using cocaine on May 14, June 8, and June 9, 2007, failed to report to the probation office as directed, and failed to attend treatment as directed. On this date the Court modified the offender's conditions of supervised release to include that he serve 120 days in home confinement.

05/13/08: Request for Modifying the Conditions or Terms of Supervision submitted to the Court, reporting that on May 5, 2008, the subject violated the conditions of his release by committing the new law violation of driving under the influence of alcohol and using alcohol. On this date the Court modified the offender's conditions of supervised release to include that he serve 120 days in community confinement.

**ASSISTANT U.S. ATTORNEY:** Jeffrey Lang

**DEFENSE ATTORNEY:** David Treimer

Page 2                                                    RE: BROWN, Jason Potter

================================================================

PETITIONING THE COURT

**[X]**   To issue a warrant
**[ ]**   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER              NATURE OF NONCOMPLIANCE

   1.               **NEW LAW VIOLATION:  ESCAPE**

                    **MANDATORY CONDITIONS:**  THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.  THE DEFENDANT SHALL NOT ILLEGALLY POSSESS A CONTROLLED SUBSTANCE.

                    On **June 24, 2008**, offender Brown began serving a 120-day period of community confinement at the Davenport, Iowa, Work Release Center (DWRC) as a condition of supervised release in the Central District of Illinois Docket No. 02-40099-001.  On **July 13, 2008**, United States Probation Officer Kerry Walsh observed offender Brown at Wild Cat Den State Park, Muscatine, Iowa.  Offender Brown was with his employer and two other men.  Officer Walsh spoke with offender Brown, who advised that they had finished work early and come to the park to swim.  At 3:45 p.m. officer Walsh directed offender Brown to return directly to the DWRC.  Offender Brown failed to do so.  Offender Brown's whereabouts are currently unknown.

   2.               **LEAVING THE JUDICIAL DISTRICT WITHOUT PERMISSION OF THE PROBATION OFFICER**

                    **STANDARD CONDITION NO. 1:**  THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT PERMISSION OF THE COURT OR THE PROBATION OFFICER.

                    On **July 13, 2008**, offender Brown left the Central District of Illinois without the permission of the probation officer.  On this date offender Brown was observed by United States Probation Officer Kerry Walsh at Wild Cat Den State Park, Muscatine, Iowa, in the Southern District of Iowa.

   3.               **FAILURE TO RESIDE IN, AND ABIDE BY THE RULES OF, COMMUNITY CONFINEMENT AS DIRECTED BY THE PROBATION OFFICER**

                    **SPECIAL CONDITION NO. 5:**  AT THE DIRECTION OF AND IN THE DISCRETION OF THE U.S. PROBATION OFFICE, YOU SHALL RESIDE FOR UP TO 120 DAYS IN COMMUNITY CONFINEMENT TO COMMENCE ON A DATE AND AT A FACILITY DESIGNATED BY THE BUREAU OF PRISONS AND SHALL ABIDE BY THE RULES OF THE FACILITY.

**Page 3**                                                          **RE: BROWN, Jason Potter**

> On **June 24, 2008**, offender Brown began serving a 120-day period of community confinement at the Davenport, Iowa, Work Release Center (DWRC) as a condition of supervised release in the Central District of Illinois, Docket No. 02-40099-001.  On **July 13, 2008**, United States Probation Officer Kerry Walsh observed offender Brown at Wild Cat Den State Park, Muscatine, Iowa.  Offender Brown was with his employer and two other men.  Officer Walsh spoke with offender Brown, who advised that they had finished work early and had come to the park to swim.  At 3:45 p.m. officer Walsh directed offender Brown to return directly to the DWRC.  Offender Brown failed to do so.  Offender Brown's whereabouts are currently unknown.

**U.S. Probation Officer Recommendation:**

[X]   The term of supervision should be
    [X]   revoked
    [ ]   extended for   years, for a total term of   years.

[ ]   The conditions of supervision should be modified as follows:

> I declare under penalty of perjury that the foregoing is true and correct.
>
> S/KERRY P. WALSH
>
> Kerry P. Walsh
> U.S. Probation Officer
> Date: July 14, 2008

KPW/cdb

---

**THE COURT ORDERS:**

[ ]   No action

[X]   The issuance of a warrant

[ ]   The issuance of a summons

[ ]   Other:


> <u>S/ Michael M. Mihm</u>
> HONORABLE MICHAEL M. MIHM
> U.S. District Judge
> Date: 7/14/08