AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Jason Potter Brown<br>_Defendant_ | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: 02-40099-001 |

**FILED**
JUL 17 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Upon motion of the ___United States Govenment___, it is ORDERED that a detention hearing is set for __Thurs. 8/14/08__* at __4:00pm__ __in PEORIA__
                                            _Date_                                                          _Time_

before __U.S. District Judge Michael M. Mihm__
_Name of Judicial Officer_

__100 E. Monroe Street, PEORIA, IL__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____) and produced for the hearing.
              _Other Custodial Official_

Date: __July 17, 2008__                      S/Thomas J. Shields
                                                                _Judge_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.