# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED

2008 JUL 16 P 4:00

US MARSHAL SERVICE
CENTRAL ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs<br><br>Jason Potter Brown<br><br>Davenport, IA 52803<br>*Defendant* | ) ) ) ) ) ) ) ) ) ) | WARRANT FOR ARREST<br><br>CASE NO. 02-40099-001<br><br>**FILED**<br>AUG 1 9 2008<br>CLERK OF THE COURT<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Jason Potter Brown*, and bring him forthwith to the nearest magistrate judge to answer a Petition charging him with Violation of Supervised Release in violation of Title 18, United States Code, Section 3583(e)(3).


MICHAEL M. MIHM                         US DISTRICT JUDGE
*Name of Issuing Officer*                *Title of Issuing Officer*

S/Michael M. Mihm
*Signature of Issuing Officer*           7/15/08, Peoria, IL
                                         *Date and Location*

**Bail fixed at $ <u>NO BOND</u> by U.S. DISTRICT JUDGE MICHAEL M. MIHM.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at *Davenport, IA*

| Date Received 7/16/08 | Name of Arresting Officer Scott Shepherd | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7/17/08 | Title of Arresting Officer DUSM | S/ L. Hollis |